IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURO V. PEREZ,

    Petitioner,                   No. CIV S-07-0544 LKK DAD P

    vs.

D.K. SISTO et al.,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner, is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner has filed an in forma pauperis affidavit in which he states that he is presently employed and that his amount of pay is $19.00. As of March 8, 2007, petitioner had the sum of $1,296.66 on account at California State Prison - Solano. In addition, during the past six months, the average of monthly deposits to petitioner's account was $45.81.

        Pursuant to federal statute, a filing fee of $5.00 is required to commence a habeas corpus action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

1

1  The amount of petitioner's earnings shows that petitioner is able to pay the filing
2  fee and costs.  Thus, petitioner has made an inadequate showing of indigency.  See <u>Alexander v.</u>
3  <u>Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993).  Petitioner will therefore be granted twenty
4  days in which to submit the appropriate $5 filing fee to the Clerk of the Court.  Petitioner is
5  cautioned that failure to pay the fee will result in a recommendation that the application to
6  proceed in forma pauperis be denied and the instant action be dismissed without prejudice.
7  Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
8  of this order, petitioner shall submit the appropriate filing fee.
9  DATED: April 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13  DAD:9
   pere0544.101C