IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURO V. PEREZ,

    Petitioner,                        No. CIV S-07-0544 LKK DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.                     <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By an order filed April 6, 2007, petitioner was ordered to pay the appropriate filing fee, within twenty days, or his application would be dismissed. The twenty day period has now expired, and petitioner has not responded to the court's order, and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: May 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:lg
pere0544.fpf