IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MAURO V. PEREZ,**<br><br>                              Petitioner,<br><br>   v.<br><br>**D. K. SISTO, et al.,**<br><br>                              Respondents. | 2:07-cv-00544-LKK-DAD (HC)<br><br>**ORDER GRANTING RESPONDENTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** |

Respondents' first request for a forty-five day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondents' July 9, 2007 request is granted.

IT IS HEREBY ORDERED that Respondents shall file a response by August 23, 2007.

DATED: July 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/pere0544.111