1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURO V. PEREZ,

11            Petitioner,                         No. CIV S-07-0544 LKK DAD P

12       vs.

13   D.K. SISTO, Warden,

14            Respondent.                   ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On October 18, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1         1. The findings and recommendations filed October 18, 2007, are adopted in full;

2  and

3         2. Respondent's August 23, 2007 motion to dismiss is denied.

4  DATED:   December 14, 2007.

```
LAWRENCE K.  KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2